IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

THE UNITED STATES OF AMERICA
for the use of A-C SPECIALTIES, INC. and
A-C SPECIALTIES, INC.                                                                                  PLAINTIFFS

v.                                            Case No. 4:15-cv-00511 KGB

FALCON MECHANICAL
CONTRACTORS, INC.; and
WESTERN SURETY COMPANY                                                                    DEFENDANTS

### ORDER

Before the Court is plaintiffs' motion for order of dismissal with prejudice (Dkt. No. 7). The parties in this case have reached a settlement. Plaintiffs' motion is granted. The Court dismisses this action with prejudice.

SO ORDERED this the 2nd day of December, 2015.

_____
Kristine G. Baker
United States District Judge